**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JENNY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>1:22-cv-00886-WMR |

## ORDER

This matter is before the Court on Plaintiff Jenny Lindsay's Motion to Alter Judgment and/or Motion for Reconsideration [Doc. 100]. After review, Plaintiff's Motion is **DENIED**.

So ORDERED this 10th day of September, 2024.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE